1030

No. 88–758.   McDowell v. Dynamics Corporation of America.   C. A. 6th Cir.   Certiorari denied.

No. 88–812.   Hernandez v. Dianella Shipping Corp. et al.   C. A. 5th Cir.   Certiorari denied.

No. 88–815.   Central Columbia School District et al. v. Polk et ux.   C. A. 3d Cir.   Certiorari denied.

No. 88–818.   Mirabile et al. v. Wright et al.   C. A. 8th Cir.   Certiorari denied.

No. 88–819.   Elder et al. v. California.   Ct. App. Cal., 5th App. Dist.   Certiorari denied.

No. 88–823.   Pitts v. Turner & Boisseau, Chartered, et al.   C. A. 10th Cir.   Certiorari denied.

No. 88–825.   Liggett Group, Inc., et al. v. Public Citizen et al.   C. A. 1st Cir.   Certiorari denied.

No. 88–826.   Kelsey et al. v. Muskin Inc. et al.   C. A. 2d Cir.   Certiorari denied.

No. 88–829.   King et ux. v. Hilton-Davis, aka Hilton-Davis Chemical Co.   C. A. 3d Cir.   Certiorari denied.

No. 88–832.   Warren v. Connecticut.   App. Ct. Conn.   Certiorari denied.

No. 88–837.   Mulvehill v. Alabama.   Ct. Crim. App. Ala.   Certiorari denied.

No. 88–842.   Winstead et al. v. Indiana Insurance Co.   C. A. 7th Cir.   Certiorari denied.

No. 88–864.   Stout et ux. v. A. M. Sunrise Construction Co., Inc., et al.   Ct. App. Ind.   Certiorari denied.